# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| TERRELL DRESHUN DEANDRE JOHNSON and HOPE CHAMBERS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 15-cv-2606-SHL-cgc |
| MEMPHIS POLICE DEPARTMENT and CITY OF MEMPHIS, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Charmiane G. Claxton's Report and Recommendation ("Report") (ECF No. 5), filed April 6, 2017, recommending the sua sponte dismissal of *Pro Se* Plaintiffs' Complaint (ECF No. 1).

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for lack of standing or for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews *de novo* only those proposed findings of fact or conclusions of law to which a party specifically objects. Id.; see also Fed. R. Civ. P. 72(b)(3).

The deadline to object to the Report has passed, and Plaintiff has filed no objections. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and **DISMISSES** Plaintiff's Complaint for lack of standing and for failure to state a claim on which relief may be granted. Moreover, the Court **CERTIFIES** that

any appeal by Plaintiff in this matter would not be taken in good faith, and, therefore, Plaintiff may not proceed on appeal *in forma pauperis*.

**IT IS SO ORDERED,** this 24th day of April, 2017.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                UNITED STATES DISTRICT JUDGE